UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

VS.                                               Case No. 8:02-CR-122-T-24EAJ

RONALD RAY LANGDON
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Defendant Ronald Ray Langdon's Motion for Order to Return Property (Doc. 901). The Defendant was sentenced on October 3, 2003 and has fully complied with all conditions of the appearance bond.

Therefore, it is **ORDERED AND ADJUDGED** that the Motion for Order to Return Property (Doc. 901). is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to return to Sharie Thompson, Arja Langdon and Lorraine Brown, any and all deeds and/or other documents presently in the case file used to substantiate ownership in said property.

**DONE and ORDERED** at Tampa, Florida this 8th day of April, 2011.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:      Counsel of Record

                 Pro se party (if any)

                 Finance Clerk

                 Ms. Sharie Thompson
                 9389 Craigjon Avenue
                 Carson, CA 95624

Arja Langdon
19427 Cragjon Avenue
Carson, CA 95624

Ms. Lorraine Brown
218 E. Glencannon Street
Stockton, CA 95210